# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FUSE, LLC, *et al.*,<br>                      Debtors. | Chapter 11<br><br>Case No. 19-10872 (KG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael C. Keats of Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004, as an attorney for the Ad Hoc Group of Beneficial Holders of the 10.375% Senior Secured Notes due 2019 issued by the Debtors, in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: May 1, 2019
       Wilmington, Delaware

                                                  */s/ Brendan J. Schlauch*
                                                  Brendan J. Schlauch (No. 6115)
                                                  RICHARDS, LAYTON & FINGER, P.A.
                                                  One Rodney Square
                                                  920 North King Street
                                                  Wilmington, Delaware 19801
                                                  Telephone:  (302) 651 7700
                                                  Facsimile:  (302) 651-7701
                                                  Email:  schlauch@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the First, Second, Ninth, Tenth and District of Columbia Circuits, and the United States District Court for the Southern and Eastern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: May 1, 2019

          */s/ Michael C. Keats*
          Michael C. Keats
          FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
          One New York Plaza
          New York, New York 10004
          Telephone: (212) 859-8000
          Facsimile:  (212) 859-4000
          Email:  michael.keats@friedfrank.com

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: May 6th, 2019          *[signature: Kevin Gross]*
Wilmington, Delaware        KEVIN GROSS
              UNITED STATES BANKRUPTCY JUDGE

RLF1 21143590v.2